UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EMANUEL HARRIS, JR.                                    CIVIL ACTION

VERSUS                                                 NO. 23-197

SHERIFF JOSEPH LOPINTO, ET AL.                         SECTION "R" (1)

# ORDER

Plaintiff's amended complaint alleging claims under 42 U.S.C. § 1983 was referred to Magistrate Judge Janis van Meerveld for a Report and Recommendation ("R&R") and to conduct an evidentiary hearing, if necessary. Magistrate Judge van Meerveld conducted a *Spears* hearing and reviewed the complaint *sua sponte* for frivolousness under 28 U.S.C. § 1915(e)(2) and § 1915A and 42 U.S.C. § 1997e(c). Magistrate Judge van Meerveld recommended that: (1) plaintiff's claims against defendant Joseph Lopinto be dismissed as frivolous and otherwise without merit; (2) the claims against defendants Brianne Carter and Aaron Savoie be stayed; (3) the claims against defendants Gabriel Marquez Castro, Zachary Babin, and Elliot Somen concerning the nature of the charges against plaintiff be stayed; and (4) the excessive-force claims against defendants Marquez Castro, Babin, and Somen proceed pending further development.[1] Plaintiff did not object

---

[1] R. Doc. 9.

to the R&R. Therefore, this Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

The Court finds no clear error. Therefore, the Court adopts Magistrate Judge van Meerveld's R&R as its opinion. Plaintiff's excessive-force claims against defendants Marquez Castro, Babin, and Somen may proceed pending further development. Plaintiff's claims against defendant Lopinto are DISMISSED WITH PREJUDICE. Plaintiff's remaining claims are STAYED until plaintiff's related state criminal proceedings are concluded.

New Orleans, Louisiana, this ___1st___ day of June, 2023.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE